UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,   Case No. 2:24-cr-13

    Plaintiff,   Hon. Paul L. Maloney
                              U.S. District Judge

v.

RONALD BURT KRULL,

    Defendant.
_____/

## ORDER FOR DETENTION

Defendant Krull appeared before the undersigned for an arraignment and detention hearing on May 10, 2024. There is currently a detainer for Defendant on failure to pay child support charges which he is unable to pay the bond for at this time. For these reasons and reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: May 10, 2024                    /s/ *Maarten Vermaat*
                                              MAARTEN VERMAAT
                                              U.S. MAGISTRATE JUDGE